COPY

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR -6 PM 2:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

GLOBAL TECHNICAL SEARCH, INC. dba
GLOBAL SEARCH, a California
Corporation,
                    vs

LELAND JACOBSEN, an individual;
and DOES 1 through 25, inclusive

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0424 BEN BLM

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Timothy S. Noon, Esq. (SBN 166193)
Kathy J. Steinman, Esq. (SBN 221344)
Noon & Associates, APC
501 West Broadway, Ste. 710
San Diego, CA 92101
(619) 235-6200

   An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          3/6/08
     W. Samuel Hamrick, Jr.              _____
          CLERK                                      DATE

_____
By     C. POTTMANN     Deputy Clerk

Summons in a Civil Action                                       Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)