Timothy S. Noon, Esq. (SBN 166193)
Kathy J. Steinman, Esq. (SBN 221344)
**NOON & ASSOCIATES, APC**
501 West Broadway, Suite 710
San Diego, California 92101
Telephone: (619) 235-6200
Facsimile: (619) 235-6233

Attorneys for Plaintiff GLOBAL TECHNICAL SEARCH, INC.
dba GLOBAL SEARCH

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LELAND JACOBSEN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-00424-BEN-BLM<br><br>**PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Roger T. Benitez<br>Dept.: Courtroom 3<br>Date: March 21, 2008<br>Time: 9:30 a.m. |

Plaintiff GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH ("GLOBAL SEARCH"), moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a Temporary Restraining Order and Preliminary Injunction against Defendant LELAND JACOBSEN. In support of its Motion, GLOBAL SEARCH states:

1. GLOBAL SEARCH has contemporaneously filed with this Application a Complaint For Injunctive and Other Relief ("Complaint") against JACOBSEN which is incorporated by reference and made a parte hereof.

2. As stated in GLOBAL SEARCH's Complaint, GLOBAL SEARCH recently discovered that JACOBSEN, a former Independent National Associate with GLOBAL SEARCH misappropriated GLOBAL SEARCH's confidential and proprietary information just before he failed to return to work on January 3, 2008. Moreover, GLOBAL SEARCH recently learned that

JACOBSEN is now using and threatens to continue using GLOBAL SEARCH's confidential and proprietary information to contact, solicit and entice GLOBAL SEARCH's clients to use JACOBSEN's services rather than GLOBAL SEARCH's services.

3.   JACOBSEN will continue to do immediate and irreparable harm to GLOBAL SEARCH unless this Court enjoins him for violating the terms of his employment agreement with GLOBAL SEARCH, which required him to return all confidential and proprietary information upon termination of his employment, and applicable law.

4.   GLOBAL SEARCH has no adequate remedy at law.

5.   In support of this Application, GLOBAL SEARCH submits herewith a Memorandum of Points and Authorities, Declaration of Michael Burnett, Declaration of Linda Rutherford, and Declaration of Mark McKinley.

WHEREFORE, GLOBAL SEARCH respectfully requests the entry of a Temporary Restraining Order and Preliminary Injunction restraining Defendant JACOBSEN as follows:

1.   That Defendant JACOBSEN, his officers, agents, servants, employees, and attorneys and all parties in active concert or participation with him be temporarily, preliminarily and permanently enjoined from using or disclosing any confidential or proprietary information that Defendant JACOBSEN obtained from GLOBAL SEARCH;

2.   That Defendant JACOBSEN, his officers, agents, servants, employees, and attorneys and all parties in active concert or participation with him be enjoined and ordered to return to GLOBAL SEARCH all originals and all copies of files, data, and information removed from GLOBAL SEARCH, including, but not limited to, the confidential and proprietary information and database that Defendant JACOBSEN downloaded;

3.   That because the information downloaded from GLOBAL SEARCH's computers by Defendant JACOBSEN was in an electronic format that can be quickly and easily disseminated to a large number of entities, perfectly copied, uploaded onto other computers, and forwarded to other individuals who can further utilize and disseminate the information, Defendant JACOBSEN be ordered immediately to preserve all discs and electronic storage devices in his possession, custody and control to which he had access, that Defendant JACOBSEN must turn over to a

third-party investigator representative of GLOBAL SEARCH all electronic storage media in his possession, custody or control, including but not limited to, discs, and hard drives accessible to Defendant JACOBSEN on which GLOBAL SEARCH's information may reside and that GLOBAL SEARCH be permitted to image and analyze said media and devices to recover GLOBAL SEARCH's confidential and proprietary information;

4. That Defendant JACOBSEN be enjoined and ordered to provide a sworn statement and accounting of the whereabouts of all files, data, and information removed from GLOBAL SEARCH's computers; and

5. That Defendant JACOBSEN, his officers, agents, servants, employees, and attorneys and all parties in active concert or participation with him be temporarily, preliminarily and permanently enjoined from engaging in or aiding and abetting conduct violative of California *Business and Professions Code* section 17200.

Dated: March 18, 2008

NOON & ASSOCIATES, APC

By: _____
Timothy S. Noon
Kathy J. Steinman
Attorneys for Plaintiff GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH