1  Timothy S. Noon, Esq. (SBN 166193)
   Kathy J. Steinman, Esq. (SBN 221344)
2  NOON & ASSOCIATES, APC
   501 W. Broadway, Ste. 710
3  San Diego, CA 92101
   Telephone: (619) 235-6200
4  Facsimile: (619) 235-6233

5  Attorneys for Plaintiff GLOBAL TECHNICAL SEARCH, INC.
   dba GLOBAL SEARCH

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  GLOBAL TECHNICAL SEARCH, INC. dba   Case No. 3:08-cv-00424-BEN-BLM
    GLOBAL SEARCH, a California Corporation,
12                                      DECLARATION OF MARK MCKINLEY
                 Plaintiff,             IN SUPPORT OF PLAINTIFF GLOBAL
13                                      TECHNICAL SEARCH, INC. dba
         v.                             GLOBAL SEARCH'S APPLICATION
14                                      FOR TEMPORARY RESTRAINING
    LELAND JACOBSEN, an individual; and ORDER AND MOTION FOR
15  DOES 1 through 25, inclusive,       PRELIMINARY INJUNCTION

16              Defendants.

17

18       I, Mark McKinley, declare as follows:

19       1.      I am employed in the in the field of information technology ("IT") and was

20  retained by GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH ("GLOBAL

21  SEARCH") to perform an examination and analysis of the office computer used by TED

22  JACOBSEN while he was an employee at GLOBAL SEARCH.  Unless stated as relying on

23  information and belief, the facts contained in this declaration are based on personal

24  knowledge, and if called to testify, I could and would do so competently thereto.

25       2.      My background and qualifications in the field of information technology are:

26  I have been professionally employed in the computer industry for 12 years, 7 of which have

27  been spent as Network Administrator of a 150 user company.  I was privately tutored in basic

28  computer repair and essentials by Chris Link of Link Tech Computers.  I have taken several

---

1  certificate prep and focused classes on specific IT related topics for example an MCSE Cert

2  prep course from UCSD and intermediate and advanced Linux administration classes from

3  Mira Costa Community College.  I am also active in the IT community being a member of

4  professional groups such as San Diego Linux Users Group ("SDLUG") and a contributor to

5  online technical help sites.

6        My *Curriculum Vitae* is attached hereto as **Exhibit "A."**  Based upon my education,

7  experience, skills and training, I have sufficient knowledge to declare to my findings in

8  connection with the following analysis.

9        3.      On January 3, 2008, I was contacted by Michael Burnett, President of

10  GLOBAL SEARCH to perform an examination and analysis of one of the office computers at

11  GLOBAL SEARCH.  I am informed and believe that the office computer was used by a

12  former employee, LELAND JACOBSEN.  Mr. Burnett informed me that he believed that Mr.

13  JACOBSEN had downloaded and taken GLOBAL SEARCH's confidential and proprietary

14  information from the computer.

15        4.      On January 3, 2008, I performed an examination and analysis of the office

16  computer I am informed and believe was used by TED JACOBSEN while he was an

17  employee with GLOBAL SEARCH to determine if the computer and been accessed and

18  information downloaded from the computer.  I was able to determine that there had been two

19  insertions of a USB memory stick (for downloads) from that computer on January 2, 2008.

20  The first USB memory stick insertion occurred at 7:45 a.m. on January 2, 2008, and the

21  second USB memory stick insertion occurred at 7:46 a.m. on January 2, 2008.

22        5.      GLOBAL SEARCH uses the ACT! software program to manage and store its

23  confidential and proprietary information.  ACT! is a software program which I am informed

24  and believe GLOBAL SEARCH uses to store contact information in its employment

25  recruiting business.  From my review of the computer on January 3, 2008 the GLOBAL

26  SEARCH's ACT! database includes: (1) employment candidate lists and contact information

27  and (2) employer-client lists and contact information.  I am further informed and believe that

28  GLOBAL SEARCH employees input candidate information into the ACT! software program

1   and use the program to match a potential employment candidate to prospective employers in

2   its recruitment business.

3       6.      The file containing GLOBAL SEARCH's information stored in the ACT!

4   database is approximately 248 Mega Bytes in size.

5       7.      While I was at GLOBAL SEARCH's offices on January 3, 2008 performing

6   the analysis of Mr. Jacobsen's GLOBAL SEARCH work computer, I was shown a USB

7   memory stick package that Mr Burnett and Ken Dubs, Jr. found in the waste basket at Mr.

8   Jacobsen's desk. This USB memory stick package was the same as that identified on

9   Jacobsen's computer file management print out. ( See attachment B )

10      8.      A USB memory stick can be used to copy and store information from a

11  computer's hard-drive to the memory stick. The information copied and stored on the

12  memory stick can then be transferred from the memory stick to another computer system.

13      9.      The packaging I saw indicated that the memory capacity of the USB memory

14  stick was ___4 gigabytes. A ___4 gigabyte memory stick would be capable of storing a file

15  the size of the file containing GLOBAL SEARCH's confidential and proprietary information

16  stored in the ACT! database.

17      10.     Mr. JACOBSEN's computer that he used at GLOBAL SEARCH and his

18  access to the ACT! software program were configured such that Mr. JACOBSEN would have

19  been able to access and copy the file containing GLOBAL SEARCH's confidential and

20  proprietary information onto a USB memory stick.

21      11.     My usual and customary fee for performing computer consulting work is

22  $___50.00 per hour. To date, I have expended ____4 hours examining and analyzing Mr.

23  JACOBSEN's work computer, at a cost of $____200.00.

24      I declare under penalty of perjury under the laws of the State of California that the

25  foregoing is true and correct, and that this declaration was executed on this 28th day of

26  February 2008 at Carlsbad, California.

27

28                                          Mark McKinley

DECLARATION OF MARK MCKINLEY ISO APP. FOR TRO

## GLOBAL TECHNICAL SEARCH V. LELAND JACOBSEN
### Case No. 3:08-CV-00424-BEN-BLM

### EXHIBITS TO DECLARATION OF MARK MCKINLEY

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| Exhibit A | Curriculum Vitae of Mark McKinley | 6-7 |
| Exhibit B | Leland Jacobsen's Computer File Management Print Out | 9-11 |

# EXHIBIT A

5

Mark Best Mckinley
3300 Eureka PL apt# 5
Carlsbad, 92008
Home Phone: (760) 720-1593
E-Mail: markm@microstar-usa.com

# Experience

**Network Administrator / Database Manager**

**1998 – Present     MicroStar Software**

- Linux , Redhat: Kernels 2.0.35 – 2.4.20
  1. Setup and administer Network attached backup server
  2. Write Bash scripts to automate backup of Novell/WIN/LINUX using Tar.
  3. Ipchains/Iptables Firewall custom setup and configure with NAT.
  4. Bind / DNS setup and configure to replace Windows 2000 DNS.
  5. Setup and Configure Apache web server to replace IIS5.
  6. Ipsec/GRE tunneling and VPN to bridge IPX from our main office to the remote sales office in Vancouver.
  7. Network monitoring and troubleshooting using Sniffit,ethereal, and netcat.
  8. Samba Windows connectivity.
  9. Mars-nwe Netware connectivity.
  10. iproute and iproute2 routing setup and configuration for load balancing between our T1 and DSL connection.
  11. Kerberos configuration and integration into Active directory
- Cisco
  1. Router configuration for WAN using point to point and internet DS1.
  2. VPN configuration with IPsec and GRE for non-TCP/IP protocol tunneling
  3. IPX/SPX
- Foxpro 2.4 – 6.0
  1. Format Data for use in FoxPro database
  2. Design and implement custom software packages
  3. Troubleshoot existing system and code necessary upgrades
  4. Work with Customer Service and Sales managers to achieve desired system performance.
  5. Coordinate State / DMA / FTC regulations to make sure we are in compliance.
- Windows 2000 Pro/Server
  1. Configure and manage Exchange 5
  2. Upgrade Exchange 5 to Exchange 2000
  3. Install/monitor/upgrade mail virus and spam scanners
  4. Basic troubleshooting of Great Plains accounting program
  5. Setup local DNS
  6. Configure for use with TCP/IP and IPX/SPX
  7. IIS5 web service

- Windows 2003 server
    1. Active Directory setup, configuration, and management
    2. DHCP and DNS
    3. Visual Basic scripting
    4. Security setup for users and groups
- Windows XP/2000/98/Vista workstation
    1. Workgroup or Domain networking
    2. Interaction with Linux file and service servers
    3. Setup and Troubleshooting
- Novell 4.11
    1. Administer 3 file servers
    2. Write login scripts
    3. Perform full hardware upgrade and data transfer
- Intertel phone system
    1. Administer 4 cabinet Intertel PBX
    2. Purchase and troubleshoot 8 Voice T1's
    3. Interact with service providers to organize 5 PacBell hunt groups, 6 national 800 numbers and 1 international 800 number.
    4. Program Axxess call routing system
    5. Manage trunk groups and hunt groups
- Misc Administration duties
    1. Provide internal network and helpdesk support
    2. On call cell phone support from open to close, Monday through Sunday
    3. Organize and maintain vendor contact info and relations for voice ,data, and hardware.
    4. Organize and maintain network layout ,configuration and documentation

**Technician**

**1996-1998     LinkTech Computers    Del Mar, CA**

- Troubleshoot PC/MAC hardware and software
- Full system builds and customization.
- Home and small business networking.
- Office and Inventory organization
- Communication with vendors
- Phone Technical support

**Computer lab Technician**

**1995-1996    Miracosta Community College   Oceanside. CA**

- Troubleshoot PC/MAC hardware and software
- Technical support
- Network resource management

7

# EXHIBIT B

8

Computer Management

Action   View

Tree

- Action Menu nagement (Local)
  - System Tools
    - Event Viewer
      - Application
      - Security
      - System
    - System Information
    - Performance Logs and A
    - Shared Folders
    - Device Manager
    - Local Users and Groups
  - Storage
    - Disk Management
    - Disk Defragmenter
    - Logical Drives
    - Removable Storage
  - Services and Applications

| Type | Date | Time | Source | Category | Event | User |
|------|------|------|--------|----------|-------|------|
| Warning | 1/8/2008 | 6:31:26 PM | Browser | None | 8022 | N/A |
| Warning | 1/8/2008 | 4:51:26 PM | Browser | None | 8021 | N/A |
| Warning | 1/8/2008 | 4:39:56 PM | Browser | None | 8021 | N/A |
| Warning | 1/8/2008 | 4:38:26 PM | Browser | None | 8022 | N/A |
| Warning | 1/8/2008 | 4:38:26 PM | Browser | None | 8021 | N/A |
| Warning | 1/8/2008 | 4:38:26 PM | Browser | None | 8021 | N/A |
| Error | 1/8/2008 | 1:17:40 PM | Browser | None | 8021 | N/A |
| Informat... | 1/8/2008 | 1:17:10 PM | Server | None | 2511 | N/A |
| Informat... | 1/8/2008 | 1:17:40 PM | eventlog | None | 6005 | N/A |
| Error | 1/8/2008 | 1:17:40 PM | eventlog | None | 6009 | N/A |
| Informat... | 1/7/2008 | 4:10:46 PM | Server | None | 2511 | N/A |
| Error | 1/7/2008 | 9:46:18 AM | eventlog | None | 6005 | N/A |
| Informat... | 1/7/2008 | 9:45:48 AM | Server | None | 2511 | N/A |
| Informat... | 1/7/2008 | 9:45:48 AM | eventlog | None | 6005 | N/A |
| Error | 1/7/2008 | 9:46:18 AM | eventlog | None | 6009 | N/A |
| Informat... | 1/4/2008 | 3:05:50 PM | Server | None | 2511 | N/A |
| Warning | 1/4/2008 | 3:02:50 PM | eventlog | None | 6005 | N/A |
| Warning | 1/4/2008 | 3:02:50 PM | Browser | None | 8021 | N/A |
| Error | 1/4/2008 | 1:26:38 PM | Browser | None | 8022 | N/A |
| Informat... | 1/4/2008 | 1:25:35 PM | Server | None | 2511 | N/A |
| Informat... | 1/4/2008 | 1:25:05 PM | eventlog | None | 6005 | N/A |
| Error | 1/4/2008 | 1:26:38 PM | eventlog | None | 6009 | N/A |
| Informat... | 1/2/2008 | 4:45:45 PM | Server | None | 2511 | N/A |
| Error | 1/2/2008 | 10:21:33 AM | Browser | None | 8032 | N/A |
| Warning | 1/2/2008 | 10:38:01 AM | Browser | None | 8021 | N/A |
| Informat... | 1/2/2008 | 7:46:44 AM | Removable Storage Service | None | 134 | N/A |
| Informat... | 1/2/2008 | 7:46:44 AM | Removable Storage Service | None | 135 | N/A |
| Informat... | 1/2/2008 | 7:46:43 AM | Removable Storage Service | None | 134 | N/A |
| Error | 1/2/2008 | 7:44:02 AM | Server | None | 2511 | N/A |
| Informat... | 1/2/2008 | 7:43:32 AM | eventlog | None | 6005 | N/A |
| Informat... | 1/2/2008 | 7:43:32 AM | eventlog | None | 6009 | N/A |
| Error | 1/2/2008 | 7:44:02 AM | Server | None | 2511 | N/A |
| Informat... | 12/28/2007 | 1:48:43 PM | eventlog | None | 6005 | N/A |
| Error | 12/28/2007 | 8:04:42 AM | Browser | None | 8032 | N/A |
| Error | 12/28/2007 | 8:04:42 AM | Browser | None | 8032 | N/A |
| Warning | 12/28/2007 | 8:03:12 AM | Browser | None | 8022 | N/A |
| Warning | 12/28/2007 | 8:02:42 AM | Browser | None | 8022 | N/A |
| Warning | 12/28/2007 | 8:02:42 AM | Browser | None | 8021 | N/A |
| Error | 12/28/2007 | 7:54:28 AM | Server | None | 2511 | N/A |
| Informat... | 12/28/2007 | 7:53:58 AM | eventlog | None | 6005 | N/A |
| Informat... | 12/28/2007 | 7:53:58 AM | eventlog | None | 6009 | N/A |
| Error | 12/28/2007 | 7:54:28 AM | Server | None | 2511 | N/A |
| Informat... | 12/27/2007 | 4:29:44 PM | eventlog | None | 6005 | N/A |
| Error | 12/27/2007 | 8:20:36 AM | Browser | None | 8032 | N/A |
| Error | 12/27/2007 | 8:20:06 AM | Browser | None | 8032 | N/A |
| Warning | 12/27/2007 | 8:18:36 AM | Browser | None | 8022 | N/A |
| Warning | 12/27/2007 | 8:18:06 AM | Browser | None | 8022 | N/A |
| Warning | 12/27/2007 | 8:06:06 AM | Browser | None | 8021 | N/A |
| Warning | 12/27/2007 | 8:06:06 AM | Browser | None | 8021 | N/A |
| Warning | 12/27/2007 | 7:54:06 AM | Browser | None | 8021 | N/A |
| Warning | 12/27/2007 | 7:54:06 AM | Browser | None | 8021 | N/A |
| Error | 12/27/2007 | 7:45:45 AM | Server | None | 2511 | N/A |

9



