Timothy S. Noon, Esq. (SBN 166193)
Kathy J. Steinman, Esq. (SBN 221344)
NOON & ASSOCIATES, APC
501 W. Broadway, Ste. 710
San Diego, CA 92101
Telephone: (619) 235-6200
Facsimile: (619) 235-6233

Attorneys for Plaintiff GLOBAL TECHNICAL SEARCH, INC.
dba GLOBAL SEARCH

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LELAND JACOBSEN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-00424-BEN-BLM<br><br>**DECLARATION OF DAN BEASLEY IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

I, Dan Beasley, declare as follows:

1. I am an Independent National Associate with GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH ("GLOBAL SEARCH"). Unless stated as relying on information and belief, the facts contained in this declaration are based on personal knowledge, and if called to testify, I could and would do so competently thereto.

2. I have been employed with GLOBAL SEARCH as an Independent National Associate for two months and have assumed the job duties formerly handled by LELAND JACOBSEN. GLOBAL SEARCH offers services in candidate recruitment and placement specializing in the area of engineering and other similar disciplines.

3. GLOBAL SEARCH uses the ACT! software system to manage and store its confidential and proprietary information in its employment recruiting business. This

confidential and proprietary information contained in the ACT! database includes, but is not limited to, the candidate list and contact information and the employer-client list and contact information. Employees input information into the ACT! software program and use the database to match potential employment candidates to prospective employers in GLOBAL SEARCH's recruitment business.

4. As an employee of GLOBAL SEARCH, I have access to and use the ACT! database to perform my duties. I am aware of GLOBAL SEARCH's policies regarding its confidential and proprietary information. Specifically, I am aware of GLOBAL SEARCH's policy that employees are not to take any of GLOBAL SEARCH's confidential and proprietary information upon termination and that employees are not allowed to disclose this confidential and proprietary information.

5. I recently contacted a number of the candidates that are listed in GLOBAL SEARCH's database in performing my job duties with GLOBAL SEARCH. The contact information for these candidates is maintained in GLOBAL SEARCH's database. Many of the candidates I contacted informed me that they had been contacted by Mr. JACOBSEN within the past two to three weeks.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 17th day of March 2008 at Carlsbad, California.

_____
Dan Beasley