1  Timothy S. Noon, Esq. (SBN 166193)
   Kathy J. Steinman, Esq. (SBN 221344)
2  NOON & ASSOCIATES, APC
   501 W. Broadway, Ste. 710
3  San Diego, CA 92101
   Telephone: (619) 235-6200
4  Facsimile: (619) 235-6233

5  Attorneys for Plaintiff GLOBAL TECHNICAL SEARCH, INC.
   dba GLOBAL SEARCH

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GLOBAL TECHNICAL SEARCH, INC. dba     Case No. 3:08-cv-00424-BEN-BLM
   | GLOBAL SEARCH, a California Corporation,
12 |                                       **DECLARATION OF LINDA**
   |                  Plaintiff,            **RUTHERFORD IN SUPPORT OF**
13 |                                       **MEMORANDUM OF POINTS AND**
   |         v.                            **AUTHORITIES IN SUPPORT OF**
14 |                                       **PLAINTIFF GLOBAL TECHNICAL**
   | LELAND JACOBSEN, an individual; and   **SEARCH, INC. dba GLOBAL SEARCH'S**
15 | DOES 1 through 25, inclusive,         **APPLICATION FOR TEMPORARY**
   |                                       **RESTRAINING ORDER AND MOTION**
16 |                  Defendants.          **FOR PRELIMINARY INJUNCTION**

17

18

19       I, Linda Rutherford, declare as follows:

20       1.      I am an Independent National Associate with GLOBAL TECHNICAL

21 SEARCH, INC. dba GLOBAL SEARCH ("GLOBAL SEARCH").  Unless stated as relying

22 on information and belief, the facts contained in this declaration are based on personal

23 knowledge, and if called to testify, I could and would do so competently thereto.

24       2.      I have been employed with GLOBAL SEARCH as an Independent National

25 Associate for 7 months.  GLOBAL SEARCH offers services in candidate recruitment and

26 placement specializing in the area of engineering and other similar disciplines.

27       3.      In November 2007 through December 2007, I had several conversations with

28 LELAND JACOBSEN.  At the time of these conversations, Mr. JACOBSEN was also an

1    Independent National Associate with GLOBAL SEARCH.  Mr. JACOBSEN informed me

2    during one or more of these conversations that he intended to leave his employment with

3    GLOBAL SEARCH and start his own candidate recruitment and placement firm.

4         4.    In late December 2007, Mr. JACOBSEN informed me that he had just had

5    phone lines installed at his house, that he intended to download the database containing

6    candidate and client information from GLOBAL SEARCH's computers, and that he would be

7    starting his own firm and not returning to work for GLOBAL SEARCH.

8         5.    GLOBAL SEARCH uses the ACT! software system to manage and store its

9    confidential and proprietary information in its employment recruiting business.  This

10   confidential and proprietary information contained in the ACT! database includes, but is not

11   limited to, the candidate list and contact information and the employer-client list and contact

12   information.  Employees input information into the ACT! software program and use the

13   database to match potential employment candidates to prospective employers in GLOBAL

14   SEARCH's recruitment business.

15        6.    As an employee of GLOBAL SEARCH, I have access to and use the ACT!

16   database to perform my duties.  I am aware of GLOBAL SEARCH's policies regarding its

17   confidential and proprietary information.  Specifically, I am aware of GLOBAL SEARCH's

18   policy that employees are not to take any of GLOBAL SEARCH's confidential and

19   proprietary information upon termination and that employees are not allowed to disclose this

20   confidential and proprietary information.

21        7.    My desk at GLOBAL SEARCH was next to Mr. JACOBSEN's desk.  On

22   January 2, 2008, Mr. JACOBSEN came in to work early and stayed late.

23        8.    On January 3, 2008, I informed Michael Burnett, my supervisor at GLOBAL

24   SEARCH, that I believed that Mr. JACOBSEN was going to download the database from

25   GLOBAL SEARCH's computers.  Mr. JACOBSEN did not come in to work that day.

26        9.    I am informed and believe that Mr. JACOBSEN downloaded information from

27   the ACT! database on January 2, 2008.

28   / / /

1

2      I declare under penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct, and that this declaration was executed on this 3rd day of March

4  2008 at Carlsbad, California.

5

6                                          Linda Rutherford

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LINDA RUTHERFORD ISO APP. FOR TRO