| | | |
|---|---|---|
| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
| Noon & Associates - A Professional Corp.<br>501 W. Broadway       Ste. 710<br>San Diego      CA       92101<br>Attorney For: PLAINTIFF | 619 235-6200<br>Reference Number:<br>89502            41346 | |

United States District Court
Southern District of California

Plaintiff/Petitioner:    Global Technical Search, Inc., et al.
Defendant/Respondent:    Jacobsen

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 3:08-CV-00424-BEN-BLM |

DOCUMENTS:

See Attached List

On 3/19/2008 at 10:59am, I served the above entitled documents by personally delivering them to the person(s) indicated below in the manner as provided by Civil Code of Procedure 1011.

Entity:    William T. Pascoe, Esq.

Address:   29970 Technology Drive Suite 218
           Temecula, CA 92563.

by delivering the copies to:       Left in a Conspicuous Place,  Title:
Description:

Date Served:    3/19/2008
Time Served:    10:59am


7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344 Fax (619)233-3350

Fee for service: $   $220.00
Delbert Salgado
Registered California process server:
(i) independent contractor
(ii) Registration No.:  PSC 1577
(iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  3/19/2008                                        (Signature)

Judicial Council form POS-010                                           Code Civil Procedure 417.10(f)

**Proof of Service**

# GLOBAL TECHNICAL SEARCH V. LELAND JACOBSEN
Case No. 3:08-CV-00424-BEN-BLM

## DOCUMENT LIST

SUMMONS

CIVIL CASE COVER SHEET

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF FOR: 1) VIOLATION OF COMPUTER FRAUD AND ABUSE ACT (18 U.S.C. §1030; 2) VIOLATION OF CALIFORNIA *PENAL CODE* §502(c)(2); 3) UNFAIR BUSINESS PRACTICES (CALIFORNIA *BUS. & PROF. CODE* §17200, *et seq.*); 4) BREACH OF WRITTEN CONTRACT; 5) CONVERSION; and 6) DECLARATORY RELIEF

PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF MICHAEL BURNETT IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF LINDA RUTHERFORD IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF DAN BEASLEY IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF MARK MCKINLEY IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

ORDER RE: TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION