| Attorney or Party Without Attorney (Name and Address) | | | Telephone No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Noon & Associates - A Professional Corp. | | | 619 235-6200 | | |
| 501 W. Broadway | | Ste. 710 | | | |
| San Diego | CA | 92101 | Reference Number | | |
| Attorney For: PLAINTIFF | | | 89500 | 41345 | |

United States District Court
Southern District of California

Plaintiff/Petitioner: Global Technical Search, Inc., et al.
Defendant/Respondent: Jacobsen

| | Hearing Date: | Time: | Dept/Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 3:08-CV-00424-BEN-BLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   See Attached List

3a. Party Served       :   Leland Jacobsen, an individual

3b. Person Served      :   Party in item 3a, Title:
    Description        :

4. Address             :   37444 Hydrus Place
                           Murrieta, CA 92563

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 3/19/2008 at 9:50am.

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344  Fax (619)233-3350

Fee for service: $  $238.25
Delbert Salgado
Registered California process server:
(i) independent contractor
(ii) Registration No.: PSC 1577
(iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/19/2008

(Signature) *Delbert Salgado*

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)

## GLOBAL TECHNICAL SEARCH V. LELAND JACOBSEN
Case No. 3:08-CV-00424-BEN-BLM

## DOCUMENT LIST

SUMMONS

CIVIL CASE COVER SHEET

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF FOR: 1) VIOLATION OF COMPUTER FRAUD AND ABUSE ACT (18 U.S.C. §1030; 2) VIOLATION OF CALIFORNIA *PENAL CODE* §502(c)(2); 3) UNFAIR BUSINESS PRACTICES (CALIFORNIA *BUS. & PROF. CODE* §17200, *et seq.*); 4) BREACH OF WRITTEN CONTRACT; 5) CONVERSION; and 6) DECLARATORY RELIEF

PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF MICHAEL BURNETT IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF LINDA RUTHERFORD IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF DAN BEASLEY IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF MARK MCKINLEY IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFF GLOBAL TECHNICAL SEARCH, INC. dba GLOBAL SEARCH'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

ORDER RE: TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION