1  Ted Jacobsen
2  37444 Hydrus Place
3  Murrieta CA 92563
4  Phone: 951-696-2468



5  Defendant appearing Pro Se

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| GLOBAL TECHNICAL SEARCH, INC dba Global Search, A California Corporation<br><br>Plaintiff<br><br>v.<br><br>Leland Jacobsen, an individual<br><br>Defendant | Case No: 3:08-cv-00424-BEN-BLM<br><br>**Declaration of Leland Jacobsen in Response to Application for Temporary Restraining Order and Motion for Preliminary Injunction**<br>**&**<br>**Motion for Dismissal of Action** |
|---|---|

12  I, Leland Jacobsen, declare as follows:

13  1. That any and all information that was downloaded by myself from my work computer
14  at Global Search on January 2, 2008 was deleted from my personal computer on
15  Thursday, March 20, 2008.

16  2. That I have made no copies of this data other than those that were on my personal
17  computer.

18  3. That I have not given this data or information to any other person or other entity.

---

Defendants Response to Application for Preliminary Injunction
Case No: 3:08-cv-00424-BEN-BLM

4. That there are no other copies of this data or information. either on or any other computer.

5. That there are no other copies of said database, in either print or electronic format.

6. That a representative of Global Search will be allow allowed to access my personal computer to ensure that such information has been deleted and will not be able to be restored.

Whereas, the Employment Agreement between Defendant Jacobsen and Plaintiff, incorporated and referred to in Plaintiffs pleading, includes an arbitration agreement covering any disputes between parties AND Defendant has complied with the Plaintiffs requests for injunctive relief, Defendant asks that this case be dismissed without further prejudice.

                                          Respectfully submitted and affirmed

                                          _____

                                          Leland Jacobsen

                                          Defendant

Defendants Response to Application for Preliminary Injunction
Case No: 3:08-cv-00424-BEN-BLM